23843. PARKER *v.* HARLING.

</div>

BROYLES, C. J. Under the facts of the case as disclosed by the record, the verdict was authorized by the evidence and the law pertinent thereto; no reversible error was committed by the trial magistrate; and the judge of the superior court did not err in overruling the certiorari.

<div align="center">

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED OCTOBER 29, 1934.

</div>

*Thomas W. Jones, W. O. Slate,* for plaintiff in error.
*Etheridge, Belser, Etheridge & Etheridge,* contra.